**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANGELA M. BUTLER,

    Plaintiff,

v.                                                                                        Case No: 8:13-cv-1576-T-17EAJ

LAKE POINTE INVESTORS, LLC,

    Defendant.
_____

**ORDER LIMITING TIME FOR COMPLETION OF DISCOVERY;
SCHEDULING PRE-TRIAL CONFERENCE AND TRIAL**

    This cause came on for consideration concerning completion of discovery and the scheduling of pre-trial procedures and trial, and the Court having considered the positions of counsel for the parties, it is

    ORDERED:

    1.    The parties are directed to conduct discovery so that the due date of any discovery requested shall not be later than **\*\*SEE CASE MANAGEMENT ORDER\*\***. Any discovery which would require a later due date shall be permitted only by order of the Court, or by filed stipulation of the parties, and then only in cases that will not be delayed for trial. Also, not later than the same date: (a) in cases in which any party intends to call an expert witness at trial, such party shall have disclosed the identity of each such witness, the subject matter on which he is expected to testify, and the substance of his testimony (Rule 26(a)(2), F. R. Civ. P.); and (b) in cases in which any party claims money damages, such party shall have disclosed with specificity, and shall thereafter include in the pre-trial stipulation, a statement of the elements of each such claim and the amount being sought with respect to each such element.

    2.    A pre-trial conference will be held in the Sam M. Gibbons United States Courthouse, Courtroom 11A, 801 N. Florida Avenue, Tampa, Florida, on August 4, 2015 at 10:00 AM before United States Magistrate Judge Elizabeth A. Jenkins.

    3.    This case is set for 32 hours jury trial during a trial term tentatively commencing September 8, 2015 at 10:00 AM before United States District Judge Elizabeth A. Kovachevich, United States Courthouse, Courtroom 14A, 801 N. Florida Avenue, Tampa, Florida. All counsel and parties must be ready for trial immediately following the pre-trial conference. A trial calendar with specific details will be distributed prior to the trial term.

    4.    The Court has previously set deadlines for the filing of dispositive motions and no other motions may be filed after that date without the Court's permission.

    5. No later than fourteen (14) days prior to the date of the pre-trial conference, counsel for all parties shall meet together pursuant to arrangements to be made by counsel for the Plaintiff in a good faith effort to accomplish the items of business enumerated in Rule 3.06(b), M. D. Fla. Rules, including the preparation of a pre-trial stipulation.

    6. The pre-trial stipulation shall be prepared in accordance with, and shall contain each of the items prescribed by, Rule 3.06(c), M. D. Fla. Rules.

    7. The pre-trial stipulation shall be filed at least seven (7) days prior to the pre-trial conference.

    8. In a jury trial case, the parties shall file their trial briefs, proposed jury instructions, and proposed jury verdict forms at least seven (7) days prior to the pre-trial conference. In a bench trial, the parties shall file their trial briefs at least seven (7) days prior to the pretrial conference.

    9. In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pre-trial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

    10. **THERE WILL BE NO CONTINUANCES GRANTED IN REGARD TO THE SCHEDULED TRIAL**.

    **DONE AND ORDERED** in Chambers in Tampa, Florida, on December 9, 2013.

    ELIZABETH A. KOVACHEVICH
    UNITED STATES DISTRICT JUDGE

Attachments to Counsel:
(1) Consent to Proceed Before a
   United States Magistrate Judge
(2) Notice to Counsel Regarding
   Exhibits and Exhibit Substitutes
(3) Exhibit List

Copies to:
All Counsel and Parties
Chambers of U.S. Magistrate Judge Elizabeth A. Jenkins
Chambers of U.S. District Judge Elizabeth A. Kovachevich