UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA M. BUTLER,

      Plaintiff,                                      CASE NO.:  8:13-cv-1576-T-17EAJ

v.

LAKE POINTE INVESTORS, LLC,

      Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

The parties, ANGELA M. BUTLER ("Plaintiff"), and LAKE POINTE INVESTORS, LLC d/b/a THE SPRINGS AT LAKE POINTE WOODS ("Defendant"), hereby advise the Court that the parties have selected Gail Holtzman as the mediator for this cause in compliance with this Court's Case Management and Scheduling Order dated November 21, 2013.

Jointly submitted this 17th day of January, 2014.

| /s/ E. Dusty Aker, Esq. | /s/ Deborah L. La Fleur, Esq. |
|---|---|
| E. Dusty Aker, Esq. | Deborah L. La Fleur, Esq. |
| Florida Bar No.: 657166 | Florida Bar No.:  185590 |
| Trial Counsel | Lead Trial Counsel |
| Aker Law Firm, P.A. | Craig F. Novick, Esq. |
| 240 S. Pineapple Ave., Suite 803 | Florida Bar No.:  0026656 |
| Sarasota, FL 34236 | GRAYROBINSON, P.A. |
| Telephone:  (941) 462-2020 | 301 E. Pine Street, Suite 1400 |
| Facsimile (941) 462-2022 | Post Office Box 3068 |
| E-mail: dustyaker@akerlawfirm.com | Orlando, FL 32802-3068 |
| Attorneys for Plaintiff | Telephone:  (407) 843-8880 |
| | Facsimile:   (407) 244-5690 |
| | Deborah.LaFleur@gray-robinson.com |
| | Craig.Novick@gray-robinson.com |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, I electronically filed the foregoing NOTICE OF SELECTION OF MEDIATOR with the Clerk of the Court by using the CM/ECF system which will send a copy of same to all counsel of record.

/s/ Deborah L. La Fleur, Esq.
Deborah L. La Fleur, Esq.
Florida Bar No.:  185590
Lead Trial Counsel
Craig F. Novick, Esq.
Florida Bar No.:  0026656
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, FL 32802-3068
Telephone:  (407) 843-8880
Facsimile:   (407) 244-5690
Deborah.LaFleur@gray-robinson.com
Craig.Novick@gray-robinson.com
Attorneys for Defendant

# 6791415 v1